WILLIAM H. COFFIN and another, *Respondents,* *v.* ADOLPH LANGE and another, *Appellants.*— Order affirmed, with ten dollars costs and disbursements.

JONATHAN WOODRUFF, *Respondent,* *v.* CHARLES G. SCHNEIDER, *Appellant, Impleaded, etc.*— Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

GILMAN GOODWIN, *Respondent,* *v.* THE NATIONAL BANK OF MALONE, *Appellant.*— Order reversed, and motion granted, with ten dollars costs and disbursements to abide event.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, *Respondent,* *v.* THOMAS J. CLUTE, *Appellant, Impleaded, etc.*—Judgment affirmed, with costs.

CYRUS H. McCORMICK, *Respondent,* *v.* THE PENNSYLVANIA CENTRAL RAILROAD COMPANY, *Appellant.*— Judgment affirmed.

IN THE MATTER OF THE ESTATE OF JOSEPH C. PINCKNEY.—Decree affirmed, with costs.

MILTON T. WOOLEY, *Appellant,* *v.* JOHN W. STEVENS, *Respondent.*— Judgment and order affirmed, with costs. Opinion by DANIELS, J.

JOSEPH SIMON, *Appellant,* *v.* MARCUS FLEISCHANER and another, *Respondents.* — Order modified as directed in opinion. Opinion *Per Curiam.*

GEORGE F. TRAIN, Jr., *Appellant,* *v.* MAX FREIDMAN and others, *Respondents.* — Order reversed, with ten dollars costs and disbursements to abide event. Opinion *Per Curiam.*

EDWARD C. HAZARD and FRANK GREEN, *Appellants,* *v.* EVOLIN B. ROBERTSON and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements to abide event.

HENRY WALLACK and others, *Respondents,* *v.* ISAAC SIPPILI, *Appellant.* — Order reversed; attachment vacated, with ten dollars costs and disbursements. Opinion by DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE GLOBE MUTUAL LIFE INSURANCE COMPANY. — Order reversed; motion denied, without costs. Opinion *Per Curiam.*

CHARLES STERNBACH and another, *Appellants,* *v.* SPENCER A. FANNING, *Respondent.* — Judgment affirmed, with costs.

ADOLPH HERMANN, *Respondent,* *v.* THE NIAGARA FIRE INSURANCE COMPANY, *Appellant.* — Judgment affirmed.

CHARLES R. PURDY and another, *Respondents,* *v.* ORLANDO L. STEWART, *Appellant.* — Order reversed, without costs. Opinion by BRADY, J.

CHARLES E. BERGER, *Appellant,* *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam.*